NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TYRONE TERRY,⁣⁣⁣⁣⁣⁣⁣⁣ )
⁣⁣⁣⁣⁣⁣⁣ )
⁣⁣⁣⁣⁣⁣⁣ Appellant,⁣⁣⁣ )
⁣⁣⁣⁣⁣⁣⁣ )
v.⁣⁣⁣⁣⁣⁣⁣ )⁣⁣⁣⁣ Case No. 2D18-1011
⁣⁣⁣⁣⁣⁣⁣ )
STATE OF FLORIDA⁣⁣⁣⁣⁣⁣⁣ )
⁣⁣⁣⁣⁣⁣⁣ )
⁣⁣⁣⁣⁣⁣⁣ Appellee.⁣⁣⁣ )
_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laura E. Ward,
Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nicole J. Martingano,
Assistant Attorney General, Elba Caridad
Martin, Assistant Attorney General,
Tampa (substituted as counsel of record),
for Appellee.


PER CURIAM.


⁣⁣⁣⁣⁣⁣ Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.